IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BOBBIE D. DRESSEL,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2116

Opinion filed July 22, 2014.

Petition for Belated Appeal -- Original Jurisdiction.

Bobbie D. Dressel, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking a belated appeal of the order denying second motion for postconviction relief rendered February 3, 2014, in Baker County Circuit Court case number 02-2006-CF-000412-A, is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal.

THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.